```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HOLLY LLOYD                       :      CIVIL ACTION
                                  :
           v.                     :
                                  :
COVANTA PLYMOUTH RENEWABLE        :      NO. 20-4330
ENERGY, LLC                       :
                                  :
```

ORDER

AND NOW, this 3rd day of February, 2021, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that:

(1) The partial motion of Defendant Covanta Plymouth Renewable Energy, LLC to dismiss and strike Count III of the complaint alleging negligence (Doc. #11) is GRANTED; and

(2) The partial motion to dismiss is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                         J.