IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOLLY LLOYD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COVANTA PLYMOUTH RENEWABLE ENERGY, LLC | : | NO. 20-4330 |
| | : | |

ORDER

AND NOW, this 1st day of April, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the Motion of defendant Covanta Plymouth Renewable Energy, LLC to Allow Ex Parte Interviews of Putative Class Members is GRANTED;

(2) Before any interview takes place, the defendant must advise the interviewee that:

> (a) the interviewer represents Covanta Plymouth Renewable Energy, LLC, the owner of the waste-to-energy processing facility in Conshohocken, Pennsylvania;
>
> (b) there is a lawsuit pending against Covanta in which it is alleged Covanta is emitting noxious odors from its facility and interfering with the use and enjoyment of nearby residents' properties;

-2-

    (c) the plaintiff Holly Lloyd who has filed the lawsuit is seeking to represent all the nearby residents in the lawsuit against Covanta;

    (d) the purpose of the interview is to obtain information related to the lawsuit;

    (e) the interviewee has the right to refuse to be interviewed; and

    (e) the interviewee has the right to have a lawyer present.

    (3) Defendant shall maintain a record of the identity of all interviewers and all putative class members interviewed or attempted to be interviewed, the addresses of these putative class members, the location of any interview or attempted interview, and the date or dates when the interview took place or was attempted.

BY THE COURT:

/s/ Harvey Bartle III
_____
                             J.