IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOLLY LLOYD | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| COVANTA PLYMOUTH RENEWABLE ENERGY, LLC | : : | NO. 20-4330 |

ORDER

AND NOW this 10th day of February, 2022, for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff for class certification is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                              J.