# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY LLOYD,<br><br>   *Plaintiff,*<br><br> vs.<br><br>COVANTA PLYMOUTH RENEWABLE ENERGY, LLC,<br><br>   *Defendant.* | No. 2:20-cv-4330-HB<br><br>[Electronically filed]<br><br>JUDGE HARVEY BARTLE III |

## STIPULATION OF VOLUNTARY DISMISSAL BY CONSENT

In accordance with the terms of the Settlement Agreement as of March 18, 2022, as executed by the Parties and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Holly Lloyd and Defendant Covanta Plymouth Renewable Energy, LLC hereby stipulate and agree that all Plaintiff's claims raised herein are hereby dismissed with prejudice.

Dated: April 22, 2022

BY: /s/ Matthew Z. Robb
**LIDDLE SHEETS COULSON, P.C.**
Steven D. Liddle (admitted *pro hac vice*)
Nicholas A. Coulson (admitted *pro hac vice*)
Matthew Z. Robb (admitted *pro hac vice*)
975 E. Jefferson Avenue
Detroit, MI 48207

**KAMENSKY, COHEN, & REICHELSON**
Kevin Reichelson
194 S. Broad Street
Trenton, NJ 08608

*Attorneys for Plaintiff Holly Lloyd*

BY: /s/ Collin Gannon
**BEVERIDGE & DIAMOND, P.C.**
Michael G. Murphy (admitted *pro hac vice*)
Katrina M. Krebs (admitted *pro hac vice*)
477 Madison Avenue, 15th Floor
New York, New York 10022
(212) 702-5400
mmurphy@bdlaw.com
kkrebs@bdlaw.com

James B. Slaughter (admitted *pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
 (202) 789-6000
jslaughter@bdlaw.com

        Collin Gannon (admitted *pro hac vice*)
        201 North Charles Street, Ste 2210
        Baltimore, MD 21201-4150
        (410) 230-1300
        cgannon@bdlaw.com

        **FLORIO PERRUCCI STEINHARDT**
        **CAPPELLI TIPTON & TAYLOR LLC**
        Robert M. Donchez ID No: 209505
        Robert Freedberg, ID No: 7855
        60 West Broad Street, Suite 201
        Bethlehem, PA 18018
        (610) 691-7900
        rdonchez@floriolaw.com
        rfreedberg@floriolaw.com

        *Attorneys for Defendant Covanta Plymouth Renewable Energy, LLC*

So Approved & Ordered,

   *Harvey Bartle III*
Harvey Bartle III
Senior United States District Court Judge

    April 25, 2022